IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK GEORGE BASSETT,

     Plaintiff,                      No. 2:12-cv-0111 KJN P

    vs.

OFFICER BARKLEY,

     Defendants.                <u>ORDER</u>

_____/

        Plaintiff, an Allegany County Jail inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a request to proceed in forma pauperis or paid the filing fee.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant is located and the claim arose in Allegany County, which is in the Western District of New York, Buffalo Division. Therefore, plaintiff's claim

1

should have been filed in the United States District Court for the Western District of New York in Buffalo.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Western District of New York, U.S. Courthouse, 2 Niagara Square, Buffalo, NY  14202.

DATED: January 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bass0111.21a